

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-21-00465-CR

Ted Allen **WRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12275
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's first motion for extension of time is GRANTED. Appellant's brief is due September 1, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court